NO. SCPW-11-0000366

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

---

DJC, Petitioner,

vs.

THE HONORABLE SHERRI ANN L. IHA, JUDGE OF THE FAMILY
COURT OF THE FIRST CIRCUIT, STATE OF HAWAI‘I;
and JSC, Respondents.

---

ORIGINAL PROCEEDING
(FC-D No. 10-1-6277)

ORDER
(By: Recktenwald, C.J., Nakayama, Acoba, and Duffy, JJ.
and Circuit Judge Sakamoto, in place of McKenna, J. recused)

Upon consideration of respondent JSC's motion for reconsideration and the papers in support,

IT IS HEREBY ORDERED that the motion for reconsideration is denied.

DATED: Honolulu, Hawai‘i, June 13, 2011.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ James E. Duffy, Jr.

/s/ Karl K. Sakamoto

